```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 13424
   ELENA FERNANDEZ
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9511


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/27/08 .

   2.  The case was dismissed without confirmation, 08/15/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
DEUTSCHE BANK           CURRENT MORTG          .00            .00           .00
DEUTSCHE BANK           MORTGAGE ARRE   NOT FILED             .00           .00
KAN LEASING INC         SECURED                .00            .00           .00
      Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00        .00         .00          .00
PRINCIPAL PAID        .00         .00        .00         .00          .00
INTEREST PAID         .00         .00        .00         .00          .00
TOTAL PAID            .00         .00        .00         .00          .00
The Debtor's attorney, PHILIP A IGOE              , was allowed $      .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/13/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 13424 ELENA FERNANDEZ
```